IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:25CR196 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. §§ 2113(a) and 2 |
| CARLOS HERNANDEZ MORENO, | 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B), and 2 |
| Defendant. | |

The Grand Jury charges that:

## COUNT I

From on or about August 16, 2025, and continuing through on or about August 17, 2025, in the District of Nebraska, the defendant, CARLOS HERNANDEZ MORENO, and other individuals known and unknown to the Grand Jury, did enter or attempt to enter a building used in whole or in part as the Trius Federal Credit Union at 2915 2nd Avenue, Kearney, Nebraska, a bank whose deposits were then insured by the National Credit Union Administration Board, with the intent to commit a larceny.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT II

From on or about August 16, 2025, and continuing through on or about August 17, 2025, in the District of Nebraska, the defendant, CARLOS HERNANDEZ MORENO, and other individuals known and unknown to the Grand Jury, did knowingly cause the transmission of a program, information, code, and command and, as a result of such conduct, intentionally caused damage, and attempted to cause damage, without authorization, to a protected computer exclusively for the use of a financial institution and used by or for a financial institution, to wit: the computer system contained within the ATMs at the Trius Federal Credit Union at 2915 2nd

1

Avenue, Kearney, Nebraska, listed below and to a protected computer used in and affecting interstate commerce and communication, and the offense caused loss to persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

In violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(B), and 2.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SEAN P. LYNCH, #25275
Assistant U.S. Attorney